UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **NEUROSHIELD NETWORK SE, LLC,**<br><br>Petitioner,<br><br>-v-<br><br>SENTARA HEALTH<br><br>and<br><br>SENTARA HEALTH PLANS,<br><br>Respondents. | Civil Action No. 2:25-cv-00419 |

**NEUROSHIELD NETWORK SE, LLC'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Petitioner certifies:

1. NeuroShield Network SE, LLC's parent company is Monitoring Consulting Group, LLC.

2. No publicly held corporation owns 10% or more of NeuroShield Network SE, LLC.

Dated: July 9, 2025

Respectfully submitted,

_____/s/_____
Ellis L. Bennett (Virginia Bar No. 71685)
DUNLAP BENNETT & LUDWIG PLLC
8300 Boone Boulevard, Suite 550
Vienna, Virginia 22182

1

                          Telephone: (703) 777-7319
                          Facsimile:  (703) 777-3656
                          E-mail: ebennett@dbllawyers.com

                          *Counsel for Petitioner NeuroShield Network SE, LLC*